FILED
APR 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>                          Plaintiff,     )<br>                                                         )<br>vs.                                                    )<br>                                                         )<br>RICHIE COLE,                                 )<br>                                                         )<br>                          Defendant.   ) | CRIMINAL NO. 07-30062-DRH<br><br>Title 18<br>United States Code,<br>Section 2250(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about December 15, 2006 through on or about January 31, 2007, in St. Clair and Johnson Counties, within the Southern District of Illinois, and elsewhere,

**RICHIE COLE,**

defendant herein, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register; in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

_____
FOREPERSON

_____
SUZANNE M. GARRISON
Assistant United States Attorney

_____
RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: detention